# United States Court of Appeals for the Federal Circuit

## **Errata**

June 21, 2007

Appeal No. **2006-7352**

**Rios v. DVA**

Precedential Opinion

Decided:  June 11, 2007

Please make the following correction:

**Decided: June 11, 2007.**